# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  : | CIVIL ACTION |
| WILBUR CHESTER : |  |
| v.  : |  |
| UNITED STATES OF AMERICA C/O UNITED STATES POSTAL SERVICE |  |
| v. |  |
| MANAN PATEL |  |
|  : |  |
|  : |  |
|  : | NO. 17-3047 |

## CIVIL JUDGMENT

BEFORE PETRESE B. TUCKER

        AND NOW, this  22  day of AUGUST , 2018 , it appearing that an Arbitration Award was entered and filed on July 17, 2018, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

        ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of the defense on all claims.

ATTEST:        OR        BY THE COURT:

By:_____        S/PETRESE B. TUCKER, J.
Deputy Clerk        PETRESE B. TUCKER, J.

ARB 16